■ RICHARD MARTIN, Appellant, v NIAGARA FRONTIER HOCKEY CORPORATION, Also Known as BUFFALO SABRES HOCKEY TEAM, et al., Respondents, et al., Defendants. (Appeal No. 2.)—Order and judgment unanimously affirmed without costs. Same opinion by Green, J., as in *Martin v Casagrande,* ([appeal No. 1] 159 AD2d 26 [decided herewith]). (Appeal from order and judgment of Supreme Court, Erie County, Gossel, J. —summary judgment.) Present—Boomer, J. P., Green, Pine, Davis and Lowery, JJ.